1   **RICKEY IVIE (S.B.N: 76864)**
    *rivie@imwlaw.com*

2   **DAVIDA M. FRIEMAN (S.B.N: 232096)**
    *dfrieman@imwlaw.com*

3   **IVIE, McNEILL & WYATT**
    444 S. Flower Street, 18th Floor

4   Los Angeles, CA 90017-2919
    (213) 489-0028/(213) 489-0552 FAX

5

6   Attorneys for Defendants,
    COUNTY OF LOS ANGELES, et al.

**Public Entity**
**Exempt from Filing Fee**

7

8

9

10         **UNITED STATES DISTRICT COURT**

11         **CENTRAL DISTRICT OF CALIFORNIA**

12

13   DANA HANDY, Individually and as
    Successor in Interest to DONALD

14   CHARLES HANDY, DECEASED,

15             *Plaintiff,*

16

17         vs.

18   COUNTY OF LOS ANGELES, a
    municipal organization, and DOES 1

19   through 10, Inclusive,

20             *Defendants.*

CASE NO.: CV13-01512 DDP (SHx)
[Hon. Dean D. Pregerson, Courtroom 3]
Complaint Filed: March 1, 2013

~~[PROPOSED]~~ **STIPULATED**
**PROTECTIVE ORDER RE:**
**RELEASE OF AUTOPSY**
**PHOTOGRAPHS**

21

22

23

24

25         **STIPULATED PROTECTIVE ORDER**

26

27         Subject to the approval of this Court the parties hereby stipulate to the

28   following protective Order:

- 1 -

1      The Defendant COUNTY OF LOS ANGELES (hereinafter "COLA") shall

2  release the autopsy photographs (47 pictures total) ("Confidential Information") of

3  decedent DONALD CHARLES HANDY whose autopsy was performed on

4  February 5, 2012 Coroner Case No.: 2012-00793 to plaintiffs' counsel in the

5  preparation of the case for trial.

6      **IT IS FURTHER ORDERED** that any Confidential Information shall only

7  be disclosed to "Authorized Recipients," who are limited to: (a) plaintiff and

8  counsel for the plaintiff (b) other attorneys who reasonably and in good faith will

9  provide plaintiff's counsel with investigative information in evaluating the autopsy

10  report (c) such person employed by plaintiff's counsel to act as consultants,

11  experts, or investigators, but only when disclosure of any Confidential Information

12  is necessary in order to conduct their work in this action.  Authorized Recipients

13  may not show or provide Confidential Information to any percipient witness in this

14  case without first obtaining written consent from counsel for defendants.

15      **IT IS FURTHER ORDERED** that all Authorized Recipients may not post

16  any Confidential Information on any website or internet accessible document

17  repository, and shall not under any circumstances sell, offer for sale, advertise, or

18  publicize any Confidential Information.

19      **IT IS FURTHER ORDERED** that all Confidential Information to be

20  evaluated by an expert will be evaluated in a manner that will not require the

21  expert to publish any Confidential Information to a jury (unless the court permits

22  publication of such information to the jury).  Furthermore, to the extent that any

23  Confidential Information is used in the taking of a deposition, such Confidential

24  Information shall not be included along with the transcript pages of the deposition

25  testimony.

26      **IT IS FURTHER ORDERED** that prior to the trial in this matter, counsel

27  for the parties shall meet and confer in order to renegotiate the treatment of

28  Confidential Information for use at trial.  Ultimately, the treatment and

**STIPULATED PROTECTIVE ORDER RE: RELEASE OF AUTOPSY PHOTOGRAPHS**

admissibility, if any, of such Confidential Information for use at trial will be
determined by the presiding Court.

**SO STIPULATED.**

DATED: June 17, 2013          **THE COCHRAN FIRM – CALIFORNIA**

                              By:   BRIAN T. DUNN
                                    JAMON HICKS
                                    MEGAN R. GYONGYOS
                                    Attorneys for Plaintiff DANA HANDY

DATED: June 20, 2013          **IVIE, McNEILL & WYATT**

                              By:   RICKEY IVIE
                                    DAVIDA FRIEMAN
                                    Attorneys for Defendant County of Los
                                    Angeles

## ORDER

**APPROVED AND SO ORDERED.**

DATED: JUNE 26, 2013

                              Hon. Stephen J. Hillman
                              Magistrate Judge

- 3 -

**STIPULATED PROTECTIVE ORDER RE: RELEASE OF AUTOPSY PHOTOGRAPHS**