**RICKEY IVIE (S.B.N: 76864)**
*rivie@imwlaw.com*
**DAVIDA M. FRIEMAN (S.B.N: 232096)**
*dfrieman@imwlaw.com*
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
(213) 489-0028/(213) 489-0552 FAX

Attorneys for Defendants,
COUNTY OF LOS ANGELES, et al.

**Public Entity**
**Exempt from Filing Fee**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANA HANDY, Individually and as Successor in Interest to DONALD CHARLES HANDY, DECEASED,

*Plaintiff,*

vs.

COUNTY OF LOS ANGELES, a municipal organization, and DOES 1 through 10, Inclusive,

*Defendants.*

CASE NO.: CV13-01512 DDP (SHx)
[Hon. Dean D. Pregerson, Courtroom 3]
Complaint Filed: March 1, 2013

**~~[PROPOSED]~~ STIPULATED PROTECTIVE ORDER RE: RELEASE OF AUTOPSY PHOTOGRAPHS**

**STIPULATED PROTECTIVE ORDER**

Subject to the approval of this Court the parties hereby stipulate to the following protective Order:

The Defendant COUNTY OF LOS ANGELES (hereinafter "COLA") shall release the autopsy photographs (47 pictures total) ("Confidential Information") of decedent DONALD CHARLES HANDY whose autopsy was performed on February 5, 2012 Coroner Case No.: 2012-00793 to plaintiffs' counsel in the preparation of the case for trial.

**IT IS FURTHER ORDERED** that any Confidential Information shall only be disclosed to "Authorized Recipients," who are limited to: (a) plaintiff and counsel for the plaintiff (b) other attorneys who reasonably and in good faith will provide plaintiff's counsel with investigative information in evaluating the autopsy report (c) such person employed by plaintiff's counsel to act as consultants, experts, or investigators, but only when disclosure of any Confidential Information is necessary in order to conduct their work in this action. Authorized Recipients may not show or provide Confidential Information to any percipient witness in this case without first obtaining written consent from counsel for defendants.

**IT IS FURTHER ORDERED** that all Authorized Recipients may not post any Confidential Information on any website or internet accessible document repository, and shall not under any circumstances sell, offer for sale, advertise, or publicize any Confidential Information.

**IT IS FURTHER ORDERED** that all Confidential Information to be evaluated by an expert will be evaluated in a manner that will not require the expert to publish any Confidential Information to a jury (unless the court permits publication of such information to the jury). Furthermore, to the extent that any Confidential Information is used in the taking of a deposition, such Confidential Information shall not be included along with the transcript pages of the deposition testimony.

**IT IS FURTHER ORDERED** that prior to the trial in this matter, counsel for the parties shall meet and confer in order to renegotiate the treatment of Confidential Information for use at trial. Ultimately, the treatment and

admissibility, if any, of such Confidential Information for use at trial will be determined by the presiding Court.

**SO STIPULATED.**

DATED: June 17, 2013

**THE COCHRAN FIRM – CALIFORNIA**

By: BRIAN T. DUNN
JAMON HICKS
MEGAN R. GYONGYOS
Attorneys for Plaintiff DANA HANDY

DATED: June 20, 2013

**IVIE, McNEILL & WYATT**

By: RICKEY IVIE
DAVIDA FRIEMAN
Attorneys for Defendant County of Los Angeles

---

**ORDER**

**APPROVED AND SO ORDERED.**

DATED: JUNE 26, 2013

Hon. Stephen J. Hillman
Magistrate Judge